# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-2216
LT Case No. 2020-31238-CICI

_____

DAWN BOLIN,

    Appellant,

    v.

CITY OF HOLLY HILL,

    Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Mary G. Jolley, Judge.

Dawn Bolin, Holly Hill, pro se.

Dale A. Scott, of Roper, P.A., Orlando, for Appellee.

July 2, 2024

PER CURIAM.

    AFFIRMED.

LAMBERT, EISNAUGLE, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____